| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Henry, John J. III** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ASF Premier Systems, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8859** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2565 Arrowhead Ln**<br>**Chanhassen, MN**<br><br>ZIP Code **55317** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Carver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Henry, John J. III** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Henry, John J. III**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John J. Henry, III**

Signature of Debtor  **John J. Henry, III**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**November 18, 2008**

Date

### Signature of Attorney*

X **/s/ Thomas F. Miller**

Signature of Attorney for Debtor(s)

**Thomas F. Miller 73477**

Printed Name of Attorney for Debtor(s)

**Thomas F. Miller, P.A.**

Firm Name

**1000 Superior Blvd. #303**
**Wayzata, MN 55391**

_____

Address

**Email: thomas@millerlaw.com**
**952-404-3896  Fax: 952-404-3893**

Telephone Number

**November 18, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Minnesota

In re    __John J. Henry, III_____      Case No. _____

                                 Debtor(s)      Chapter    __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John J. Henry, III**
　　　　　　　　　　　　**John J. Henry, III**

Date:   **November 18, 2008**

# United States Bankruptcy Court
## District of Minnesota

In re    **John J. Henry, III**                                                    ,      Case No. _____

                                              Debtor

                                                              Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,246,600.00 | | |
| B - Personal Property | Yes | 4 | 84,330.55 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,468,826.87 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 324,818.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,063.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,692.09 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| | | Total Assets | 1,330,930.55 | | |
| | | | Total Liabilities | 2,793,644.99 | |

# United States Bankruptcy Court
### District of Minnesota

In re   **John J. Henry, III**                                                                                    Case No. _____

                                                                    ,
                                          Debtor              Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **John J. Henry, III**                             ,        Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family home located at 2216 Shadywood Road, Orono, Minnesota, legally described as: Lot 11, Block 1, Wiley's Park Lake Minnetonka, Hennepin County, Minnesota. Built as investment property.** | **Fee Simple** | - | 1,246,600.00 | 2,336,249.46 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,246,600.00** | (Total of this page) |
| Total > | **1,246,600.00** | |
|  | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **John J. Henry, III**                            Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash with Debtor** | - | 300.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account ending x9790, at Community Bank Mankato** | - | 892.60 |
| | | | **Corporate checking account ending x3824, at Community Bank Mankato; not property of the estate (see SOFA #14). Balance $3,040.19.** | - | 0.00 |
| | | | **Americana Community Bank checking account x8646. No transactions in 2008.** | - | 222.42 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary household goods and furnishings at current residence: 1 Television set, stereo and speaker system, couches, chairs, bedroom furniture, 1 personal computer and peripherals, and 1 digital camera.** | - | 3,000.00 |
| | | | **2 additional Television sets at current residence** | - | 50.00 |
| | | | **Lawn mower, miscellaneous lawn care equipment, tool box, weed eater, and snow blower for home maintenance. At current residence. No single item over $500.00 in value.** | - | 700.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Ordinary clothing of Debtor at current residence.** | - | 500.00 |
| 7. | Furs and jewelry. | | **1 Rolex Submariner watch** | - | 1,500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Treadmill at current residence.** | - | 200.00 |

Sub-Total >      **7,365.02**
(Total of this page)

  __3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re **John J. Henry, III**                                                                   ,     Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2 handguns and 1 rifle at current residence. | - | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Custodial Roth IRA account ending x4482 at American Funds | - | 11,461.53 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 49% Shareholder of Northern States Finance, Inc. | - | 1.00 |
| | | 100% Shareholder of Premier Systems, Inc. | - | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 11,963.53 |
| (Total of this page) | |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re __John J. Henry, III__ _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible claims against Vogue ICF Homes, Inc. in regard to inducements made in construction of homestead** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Hunting and Fishing License for Alaska; no resale value.** | - | **1.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1979 Dodge Lil Red Express heavy pick-up truck** | - | **5,000.00** |
| | | **2005 Chevrolet Express G3500 sport van** | - | **6,000.00** |
| | | **2006 Dodge Viper** | - | **50,000.00** |
| 26. Boats, motors, and accessories. | | **2003 Yamaha RX-1 Snowmobile at current residence.** | - | **1,500.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desks, chairs, and copy machine used for business.** | - | **2,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 pet dogs at current residence.  No resale value.** | - | **1.00** |

Sub-Total >    <b>65,002.00</b><br>(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John J. Henry, III**                                    ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **84,330.55** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re    **John J. Henry, III**                              ,    Case No. _____

                                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $136,875.
   ■ 11 U.S.C. §522(b)(2)
   ☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Single family home located at 2216 Shadywood Road, Orono, Minnesota, legally described as: Lot 11, Block 1, Wiley's Park Lake Minnetonka, Hennepin County, Minnesota. Built as investment property.** | 11 U.S.C. § 522(d)(1) | 1.00 | 1,246,600.00 |
| **Cash on Hand** | | | |
| **Cash with Debtor** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal checking account ending x9790, at Community Bank Mankato** | 11 U.S.C. § 522(d)(5) | 892.60 | 892.60 |
| **Americana Community Bank checking account x8646. No transactions in 2008.** | 11 U.S.C. § 522(d)(5) | 222.42 | 222.42 |
| **Household Goods and Furnishings** | | | |
| **Ordinary household goods and furnishings at current residence: 1 Television set, stereo and speaker system, couches, chairs, bedroom furniture, 1 personal computer and peripherals, and 1 digital camera.** | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| **2 additional Television sets at current residence** | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| **Lawn mower, miscellaneous lawn care equipment, tool box, weed eater, and snow blower for home maintenance. At current residence. No single item over $500.00 in value.** | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| **Wearing Apparel** | | | |
| **Ordinary clothing of Debtor at current residence.** | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **1 Rolex Submariner watch** | 11 U.S.C. § 522(d)(4) <br> 11 U.S.C. § 522(d)(5) | 1,350.00 <br> 150.00 | 1,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Treadmill at current residence.** | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **2 handguns and 1 rifle at current residence.** | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Custodial Roth IRA account ending x4482 at American Funds** | 11 U.S.C. § 522(d)(12) | 11,461.53 | 11,461.53 |
| **Stock and Interests in Businesses** | | | |
| **49% Shareholder of Northern States Finance, Inc.** | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |

     _1_    continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **John J. Henry, III**        ,    Case No. _____

                                 Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **100% Shareholder of Premier Systems, Inc.** | **11 U.S.C. § 522(d)(5)** | **1.00** | **1.00** |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Hunting and Fishing License for Alaska; no resale value.** | **11 U.S.C. § 522(d)(5)** | **1.00** | **1.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1979 Dodge Lil Red Express heavy pick-up truck** | **11 U.S.C. § 522(d)(2)** | **1.00** | **5,000.00** |
| **2005 Chevrolet Express G3500 sport van** | **11 U.S.C. § 522(d)(5)** | **1.00** | **6,000.00** |
| **2006 Dodge Viper** | **11 U.S.C. § 522(d)(5)** | **1.00** | **50,000.00** |
| **Boats, Motors and Accessories** | | | |
| **2003 Yamaha RX-1 Snowmobile at current residence.** | **11 U.S.C. § 522(d)(5)** | **1,500.00** | **1,500.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Desks, chairs, and copy machine used for business.** | **11 U.S.C. § 522(d)(6)**<br>**11 U.S.C. § 522(d)(5)** | **2,025.00**<br>**475.00** | **2,500.00** |
| **Animals** | | | |
| **2 pet dogs at current residence.  No resale value.** | **11 U.S.C. § 522(d)(5)** | **1.00** | **1.00** |
| | Total: | **23,334.55** | **1,330,930.55** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

In re __John J. Henry, III_____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **BankCherokee** **607 South Smith Avenue** **Saint Paul, MN 55107** | - | | | | **March 2, 2007** **First Mortgage** **Homestead: Judgment entered for amount of loan.** Value $ 1,246,600.00 | | | | 2,333,780.69 | 1,089,649.46 |
| Account No. **Additional notice party** **BankCherokee** | | | | | **Stein & Moore, P.A.** **332 Minnesota St., Ste. W-1650** **Saint Paul, MN 55101** Value $ | | | | | |
| Account No. xxxxxx3020 **Citizens Auto Finance** **480 Jefferson Blvd** **Warwick, RI 02886** | - | | | | **Secured Auto Loan** **2005 Chevrolet Express G3500 sport van** Value $ 6,000.00 | | | | 10,031.45 | 4,031.45 |
| Account No. **Additional notice party** **Citizens Auto Finance** | | | | | **Citizens Automobile Finance** **PO Box 42002** **Providence, RI 02940-2002** Value $ | | | | | |

__1__ continuation sheets attached

Subtotal
(Total of this page) | 2,343,812.14 | 1,093,680.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re    **John J. Henry, III**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx0001** | | | 6/30/2007 | | | | | |
| **Commerce Bank** PO Box 413658 Kansas City, MO 64141 | | - | Secured Auto Loan 2006 Dodge Viper | | | | | |
| | | | Value $              **50,000.00** | | | | **62,545.96** | **12,545.96** |
| Account No. | | | 8/25/06 | | | | | |
| **Community Bank** 951 Madison Ave Mankato, MN 56001-6141 | X | - | Security Interest regarding Personal Guarantee of Corporate Debt 1979 Dodge Lil Red Express heavy pick-up truck | | | | | |
| | | | Value $              **5,000.00** | | | | **60,000.00** | **55,000.00** |
| Account No. **Prop. ID 17-117-23 42 0004** | | | 2007 | | | | | |
| **Hennepin County Treasurer** A-600 Government Center 300 S 6th St Minneapolis, MN 55487-0060 | | - | Property Taxes Homestead | | | | | |
| | | | Value $          **1,246,600.00** | | | | **2,468.77** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **125,014.73** | **67,545.96** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,468,826.87** | **1,161,226.87** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

.

In re    **John J. Henry, III**                                       ,      Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

 

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

In re   **John J. Henry, III**                              , Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | | | | |
| **Allstar Construction, Inc.** **5145 Industrial St.** **Suite 103** **Maple Plain, MN 55359** | - | | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | Potential for cross-claims in suits.  See SOFA #4a | | | | |
| **American Accounts & Advisers, Inc.** **3904 Cedarvale Drive** **Eagan, MN 55122** | - | | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | | | | |
| **Blake R. Anderson** **18828 Pennington Avenue** **Eden Prairie, MN 55346** | - | | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | | | | |
| **Marri J. Anderson** **18828 Pennington Avenue** **Eden Prairie, MN 55346** | - | | | | | X | X | X | **Unknown** |

   **16**   continuation sheets attached

Subtotal                           **0.00**
(Total of this page)

In re **John J. Henry, III** _____,      Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 4101**<br><br>**Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE 19884** | - | | **Opened 3/01/96 Last Active 7/01/08**<br>**Credit Card** | | | | **31,743.00** |
| Account No.<br><br>**Additional notice party**<br>**Bank Of America** | | | **Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | | | |
| Account No. **xx-CV-xx-xxxx31-01**<br><br>**BankCherokee**<br>**607 S Smith Ave**<br>**Saint Paul, MN 55107** | - | | **10/24/2008**<br>**Judgment entered; see Schedule D.** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**BankCherokee** | | | **Ralph L Moore**<br>**332 Minnesota St W-1650**<br>**Saint Paul, MN 55101** | | | | |
| Account No.<br><br>**Additional notice party**<br>**BankCherokee** | | | **Michael J. Orme Esq**<br>**Orme & Associates Ltd**<br>**4040 Nicols Rd**<br>**Eagan, MN 55122** | | | | |

Sheet no. __1__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal (Total of this page)      **31,743.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **John J. Henry, III** ,      Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-CV-xx-x9095**<br><br>**Brite-Lite Electric Co.**<br>**1087 Payne Avenue**<br>**Saint Paul, MN 55101** | - | | **Suit Pending. Mechanics lien claimant re homestead. Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**Brite-Lite Electric Co.** | | | **Leonard O'Brien Spencer Gale & Sayre**<br>**100 S 5th St**<br>**Ste 1200**<br>**Minneapolis, MN 55402** | | | | |
| Account No.<br><br>**Cartier Limited**<br>**151 Cheshire Lane**<br>**Plymouth, MN 55441** | - | | **Mechanics lien claimant re homestead. Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**Cartier Limited** | | | **Hellmuth & Johnson, PLLC**<br>**10400 Viking Drive, Suite 500**<br>**Eden Prairie, MN 55344** | | | | |
| Account No.<br><br>**Cemstone Concrete Solutions**<br>**2025 Centre Point Blvd.**<br>**Sutie 300**<br>**Saint Paul, MN 55120-1221** | - | | **Mechanics lien claimant re homestead. Validity of debt and lien status unknown** | X | X | X | **Unknown** |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)       **0.00**

In re __John J. Henry, III__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Additional notice party** <br> **Cemstone Concrete Solutions** | | | **Cemstone Products Co.** <br> **2025 Centre Pointe Blvd** <br> **Ste 300** <br> **Mendota Heights, MN 55120** | | | | |
| Account No. **xxxxxxxx2183** <br> **CenterPoint Energy** <br> **PO Box 1144** <br> **Minneapolis, MN 55440-1144** | - | | **Consumer Debt in collections** | | | | 878.58 |
| Account No. <br> **Additional notice party** <br> **CenterPoint Energy** | | | **NCO Financial Systems Inc** <br> **PO Box 15630** <br> **Dept 99** <br> **Wilmington, DE 19850** | | | | |
| Account No. **Inv. No. 20070243** <br> **City of Orono** <br> **PO Box 66** <br> **Crystal Bay, MN 55323-0066** | - | | **2007** <br> **Potential liability for Corporate Debt** | | | | 1,364.50 |
| Account No. **-6102** <br> **Commerce Bank** <br> **PO Box 413658** <br> **Kansas City, MO 64141** | - | | **6/30/2007** <br> **Unknown account** | | | X | 10,830.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **13,073.08**

In re __John J. Henry, III__ ,                                        Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xx2968  **Community Bank 201 East Main Vernon Center, MN 56090** | X | - | | | Opened 7/01/08 Last Active 8/01/08 **Debtor co-signed on loan for girlfriend's 1998 Lexus LS400. Debtor has no ownership interest.** | | | | 7,800.00 |
| Account No. xxxx0281  **Countrywide Home Loans 450 American St Simi Valley, CA 93065** | | - | | | Opened 11/01/04 Last Active 10/01/05 **Mortgage of previous home. Satisfied** | | | X | 0.00 |
| Account No. xxxx2280  **DirecTV PO Box 6550 Greenwood Village, CO 80155-6550** | | - | | | 2008 **Utility at homestead** | | | | 292.23 |
| Account No.  **Dream Theaters LLC 2350 Driftwood Ln Mound, MN 55364** | | - | | | **Potential for cross-claims in suits. See SOFA #4a** | | | | Unknown |
| Account No.  **Additional notice party Dream Theaters LLC** | | | | | **Leonard, Street amd Deinard 150 South 5th Street, Suite 2300 Minneapolis, MN 55402** | | | | |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,092.23

In re **John J. Henry, III**,        Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **MNx6994**<br><br>**First Dakota Title**<br>**600 S Main Ave**<br>**Ste 101**<br>**Sioux Falls, SD 57104** | - | | | | **2005**<br>**Real Estate taxes for property sold 2/28/2007** | | | | **4,757.46** |
| Account No.<br><br>Additional notice party<br>First Dakota Title | | | | | **My Industries Inc**<br>**738 W 10th St**<br>**Sioux Falls, SD 57104** | | | | |
| Account No. **Premier Systems Inc**<br><br>**FirstCal Industrial 2 Acquisition LLC**<br>**311 S Wacher Dr Ste 4000**<br>**Chicago, IL 60606-6678** | - | | | | **2/23/2006**<br>**Potential personal guarantee of Corporate Lease** | X | X | X | **17,085.96** |
| Account No.<br><br>Additional notice party<br>FirstCal Industrial 2 Acquisition LLC | | | | | **Moss & Barnett**<br>**4800 Wells Fargo Center**<br>**90 S 7th St**<br>**Minneapolis, MN 55402-4129** | | | | |
| Account No.<br><br>**Four Seasons Insulation, Inc.**<br>**440 Shady Ridge Road NW**<br>**Hutchinson, MN 55350** | - | | | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **Unknown** |

Sheet no. __**5**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
            (Total of this page)       **21,843.42**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re　**John J. Henry, III**　　　　　　　　　　　　　　　　　　　　,　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x7814**<br><br>**GMAC**<br>**3500 W 80th St Ste 300**<br>**Bloomington, MN 55431** | - | | **Opened 10/01/07　Last Active　8/01/08**<br>**Short-fall on 2007 Cadillac Escalade, sold at**<br>**auction 9/19/08** | | | | **26,812.87** |
| Account No.<br><br>**Additional notice party**<br>**GMAC** | | | **GMAC**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** | | | | |
| Account No.<br><br>**Additional notice party**<br>**GMAC** | | | **GMAC**<br>**PO Box 901009**<br>**Fort Worth, TX 76101-2009** | | | | |
| Account No.<br><br>**Guyer's Builder Supply, Inc.**<br>**13405 - 15th Ave. N.**<br>**Plymouth, MN 55441** | - | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No.<br><br>**Hawkins Tree and Landscaping Inc.**<br>**1776 Canterbury Road**<br>**Shakopee, MN 55379** | - | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **17,435.00** |

Sheet no. __6___ of __16__ sheets attached to Schedule of　　　　　　　　　　　　Subtotal　　　　　　**44,247.87**
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　　(Total of this page)

In re **John J. Henry, III** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> Additional notice party <br> Hawkins Tree and Landscaping Inc. | | | | | Hawkins Tree and Landscaping Inc <br> PO Box 290653 <br> Edina, MN 55439 | | | | |
| Account No. <br><br> Healthspan Services Company <br> 2925 Chicago Ave <br> Mail Rte 10905 <br> Minneapolis, MN 55407-1321 | | - | | | Potential for cross-claims in suits. See SOFA #4a | X | X | X | Unknown |
| Account No. <br><br> Additional notice party <br> Healthspan Services Company | | | | | Stewart, Zlimen & Jungers, LTD <br> Suite 100 <br> 2277 Highway 36 West <br> Roseville, MN 55113 | | | | |
| Account No. <br><br> Hedberg Aggregates, Inc. <br> 1205 Nathan Lane <br> Plymouth, MN 55441 | | - | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | X | X | X | Unknown |
| Account No. <br><br> Kyle Hegna <br> Wilkerson & Hegna, PLLP <br> One Corporate Center III, Suite 300 <br> 7300 Metro Boulevard <br> Edina, MN 55439-2302 | | - | | | 2008 <br> Attorney for Park Avenue of Wayzata | X | X | X | Unknown |

Sheet no. __7__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John J. Henry, III**                            Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Premier Systems Inc**<br><br>**Hines REIT Minneapolis Industrial LLC**<br>**225 S 6th St**<br>**Ste 2590**<br>**Minneapolis, MN 55402** | - | | | | **2/17/2006**<br>**Potential personal guarantee of Corporate Lease; Judgment filed 12/5/2007, see SOFA** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**Hines REIT Minneapolis Industrial LLC** | | | | | **Maslon Edelman Borman & Brand LLP**<br>**3300 Wells Fargo Center**<br>**90 S 7th St**<br>**Minneapolis, MN 55402-4140** | | | | |
| Account No. **xxxx xxxx xxxx 4723**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | - | | | | **Opened 9/01/01 Last Active 7/01/08**<br>**Credit Card** | | | | **17,447.00** |
| Account No.<br><br>**Additional notice party**<br>**HSBC Bank** | | | | | **GM Card Customer Service Center**<br>**PO Box 80082**<br>**Salinas, CA 93912-0082** | | | | |
| Account No.<br><br>**Industrial Door Co., Inc.**<br>**360 W. Coon Rapids Blvd.**<br>**Coon Rapids, MN 55433** | - | | | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **Unknown** |

Sheet no. __**8**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                        Subtotal
(Total of this page)         **17,447.00**

In re __**John J. Henry, III**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Additional notice party** <br> **Industrial Door Co., Inc.** | | | | | **Industrial Door Inc** <br> **380 Coon Rapids Blvd** <br> **Coon Rapids, MN 55433** | | | | |
| Account No. <br><br> **J. Perry Design, Inc.** <br> **803 Wencel Ave. NE** <br> **New Prague, MN 56071** | | - | | | **Mechanics lien claimant re homestead.** <br> **Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No. <br><br> **Additional notice party** <br> **J. Perry Design, Inc.** | | | | | **Nathan J Krough Esq** <br> **Krough Law Firm PA** <br> **1700 W Hwy 36** <br> **Rosedale Towers, Ste 223** <br> **Roseville, MN 55113** | | | | |
| Account No. <br><br> **Dana Lawson** <br> **7722 Blue Bonnet Blvd** <br> **Chanhassen, MN 55317** | | - | | | **Business associate** | X | X | X | **Unknown** |
| Account No. <br><br> **Massman Geothermal & Mechanical LLC** <br> **27944 - 96th St.** <br> **Zimmerman, MN 55398** | | - | | | **Mechanics lien claimant re homestead.** <br> **Validity of debt and lien status unknown** | X | X | X | **Unknown** |

Sheet no. __**9**___ of __**16**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re  **John J. Henry, III**                                    Case No. _____

                                              ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Additional notice party** <br> **Massman Geothermal & Mechanical LLC** | | | **Hellmuth & Johnson, PLLC** <br> **10400 Viking Drive, Suite 500** <br> **Eden Prairie, MN 55344** | | | | |
| Account No. <br><br> **P. T. Drywall, Inc.** <br> **1180 Garden Court** <br> **Orono, MN 55364** | | - | **Mechanics lien claimant re homestead.** <br> **Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No. <br><br> **Park Avenue of Wayzata** <br> **15210 Wayzata Blvd** <br> **Wayzata, MN 55391** | | - | **Potential liability for Corporate lease; matter settled.** | X | X | X | **2,500.00** |
| Account No. <br><br> **Additional notice party** <br> **Park Avenue of Wayzata** | | | **Wilkerson & Hegna, PLLP** <br> **One Corporate Center III, Suite 300** <br> **7300 Metro Boulevard** <br> **Edina, MN 55439-2302** | | | | |
| Account No. <br><br> **Peterson Millwork, Inc.** <br> **1275 A County Road G** <br> **Milltown, WI 54858** | | - | **Mechanics lien claimant re homestead.** <br> **Validity of debt and lien status unknown** | X | X | X | **106,600.00** |

Sheet no. __10__ of __16__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)     **109,100.00**

In re **John J. Henry, III** _____,   Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br>**Additional notice party** <br>**Peterson Millwork, Inc.** | | | | | **Hellmuth & Johnson, PLLC** <br>**10400 Viking Drive, Suite 500** <br>**Eden Prairie, MN 55344** | | | | |
| Account No. <br><br>**Pyramid Enterprises, Inc.** <br>**23231 Logan Way** <br>**Lakeville, MN 55044** | | - | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | X | X | X | **Unknown** |
| Account No. **xxx x xx xxxxxx5186** <br><br>**Sam's Club** <br>**PO Box 981064** <br>**El Paso, TX 79998-1064** | | - | | | Potential Personal Guarantee of Business Credit Card | | | | **12,529.35** |
| Account No. <br><br>**Slate Cement Inc** <br>**26148 Newton Circle** <br>**Ste 11** <br>**Elko, MN 55020** | | - | | | Potential for cross-claims in suits.  See SOFA #4a | X | X | X | **Unknown** |
| Account No. <br><br>**Stock Building Supply LLC** <br>**c/o CT Corporation System Inc.** <br>**100 South Fifth Street** <br>**Suite 1075** <br>**Minneapolis, MN 55402** | | - | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | X | X | X | **Unknown** |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,529.35**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John J. Henry, III**                                         Case No. _____
_____,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Additional notice party**<br>**Stock Building Supply LLC** | | | **William M. Hennessy**<br>**Wagner Falconer & Judd Ltd.**<br>**1700 IDS Center**<br>**80 South Eighth Street**<br>**Minneapolis, MN 55402** | | | | |
| Account No.<br><br>**Suburban Framing, Inc.**<br>**2816 Aspen Lake Drive NE**<br>**Blaine, MN 55449** | - | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**Suburban Framing, Inc.** | | | **Suburban Framing Inc**<br>**13405 - 15th Ave N**<br>**Plymouth, MN 55441** | | | | |
| Account No.<br><br>**T. L. Stevens Well Company, Inc.**<br>**6250 Highway 12**<br>**Maple Plain, MN 55359** | - | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**T. L. Stevens Well Company, Inc.** | | | **Bock & Battina LLP**<br>**333 Washington Ave N**<br>**Ste 336**<br>**Minneapolis, MN 55401** | | | | |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

In re **John J. Henry, III**                                    Case No. _____

,

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TEK Mechanical Service, Inc.** <br> **220 - 5th Ave NW** <br> **Hutchinson, MN 55350** | - | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | X | X | X | **Unknown** |
| Account No. **8565THSTREETSOU** <br><br> **Trans-Alarm Inc** <br> **500 E Travelers Trail** <br> **Burnsville, MN 55337-7503** | - | | | 10/2007 - 2/2008 Potential liability for Corporate Debt in collections | | | | **2,646.18** |
| Account No. <br><br> **Additional notice party** <br> **Trans-Alarm Inc** | | | | IC Commercial Services 4012 Gunn Hwy Ste 250 Tampa, FL 33618 | | | | |
| Account No. **xxxxx7300** <br><br> **United Educators CU / Lending Sol** <br> **6789 Upper Afton Rd** <br> **Woodbury, MN 55125** | - | | | Opened 5/01/08 Last Active 7/01/08 Short-fall on repossessed 2007 Land Rover Range Rover, sold at public auction 9/3/2008 | | | | **16,009.99** |
| Account No. <br><br> **Additional notice party** <br> **United Educators CU / Lending Sol** | | | | Minneapolis Auto Auction 8001 Jefferson Hwy Maple Grove, MN 55369 | | | | |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **18,656.17**

In re **John J. Henry, III** , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Additional notice party**<br>**United Educators CU / Lending Sol** | | | | | **Peterson Fram & Bergman PA**<br>**55 E 5th St**<br>**Ste 800**<br>**Saint Paul, MN 55101** | | | | |
| Account No. **xxxx-xxxx-xxxx-2219**<br><br>**Universal / Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | - | | | **Opened  3/01/96  Last Active  5/23/08**<br>**Credit Card** | | | | **26,358.00** |
| Account No.<br><br>**Additional notice party**<br>**Universal / Citi** | | | | | **AT&T Cardmember Services**<br>**PO Box 44167**<br>**Jacksonville, FL 32231** | | | | |
| Account No.<br><br>**Up North Mechanical, Inc.**<br>**43900 Elmcrest Avenue**<br>**Harris, MN 55032** | | - | | | **Mechanics lien claimant re homestead.**<br>**Validity of debt and lien status unknown** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**Up North Mechanical, Inc.** | | | | | **Nilva & Frisch PA**<br>**2350 7th St W**<br>**Saint Paul, MN 55116-2825** | | | | |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **26,358.00**

In re __John J. Henry, III__ , Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0216**<br><br>**US Bank / NA ND**<br>**4325 17th Ave S**<br>**Fargo, ND 58125** | | - | | | **Opened 4/01/04 Last Active 5/15/08**<br>**Credit Card** | | | | **21,728.00** |
| Account No.<br><br>**Additional notice party**<br>**US Bank / NA ND** | | | | | **US Bank Cardmember Services**<br>**PO Box 6336**<br>**Fargo, ND 58125-6336** | | | | |
| Account No.<br><br>**Eric Vogstrom**<br>**8219 Cleary Ct**<br>**Inver Grove Heights, MN 55076** | | - | | | **Owner of Vogue Homes and Vogue ICF Homes** | X | X | X | **Unknown** |
| Account No.<br><br>**Additional notice party**<br>**Eric Vogstrom** | | | | | **Eric Vogstrom**<br>**706 Evergreen Knls**<br>**Mendota Heights, MN 55118** | | | | |
| Account No.<br><br>**Paul Vogstrom**<br>**60 Crabapple Lane**<br>**Excelsior, MN 55331** | | - | | | **Co-defendant in Stock Building Supply Co. suit** | X | X | X | **Unknown** |

Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **21,728.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John J. Henry, III** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Vogue Homes, Inc.** 4329 N. Woodgate Lane Eagan, MN 55122 | - | | | | Mechanics lien claimant re homestead. Validity of debt and lien status unknown | X | X | X | Unknown |
| Account No. **Additional notice party Vogue Homes, Inc.** | | | | | Vogue Homes Inc. 2618 Casco Point Road Wayzata, MN 55391 | | | | |
| Account No. **Vogue ICF Homes Inc** 2618 Casco Rd Wayzata, MN 55391 | - | | | | Potential for cross-claims in suits. See SOFA #4a | X | X | X | Unknown |
| Account No. **Additional notice party Vogue ICF Homes Inc** | | | | | Foley & Mansfield 250 Marquette Ave Ste 1200 Minneapolis, MN 55401 | | | | |
| Account No. **xxxxx-x7223** **Wagner, Falconer & Judd, Ltd.** 1700 IDS Center 80 South Eighth St Minneapolis, MN 55402-2113 | - | | | | Attorneys for Stock Building Supply LLC in Brite Lite Electric suite | X | X | X | Unknown |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 324,818.12 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John J. Henry, III**                                   ,    Case No. _____

                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Thomas Stokes**<br>**1284 Oakland St**<br>**Saint Bonifacius, MN 55375** | **Personal residence oral lease at 2565 Arrowhead Lane, Chanhassen, 55317. Debtor is current tentant.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **John J. Henry, III**                                   ,    Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Lawson**<br>**7722 Blue Bonnet Blvd**<br>**Chanhassen, MN 55317** | **Community Bank**<br>**201 East Main**<br>**Vernon Center, MN 56090** |
| **Premier Systems Inc**<br>**7 Sixth Ave S**<br>**Hopkins, MN 55343** | **Community Bank**<br>**951 Madison Ave**<br>**Mankato, MN 56001-6141** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **John J. Henry, III**                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **sales** | |
| Name of Employer | **Kirby Vacuums** | |
| How long employed | **8 years** | |
| Address of Employer | **Premier Systems, Inc.** **7 - 6th Ave S** **Hopkins, MN 55343** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,600.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,600.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **537.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **537.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,063.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,063.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **2,063.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor has experienced trouble relocating his business from South Dakota three years ago, but he is hopeful that business will pick up now that he is established locally. Future income cannot be estimated at this time.**

In re  **John J. Henry, III**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,066.13 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 75.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **Garbage & Recycling** | $ | 30.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 75.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 95.96 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,692.09 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Homeowner's insurance will not be necessary after foreclosure of abandoned real property.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,063.00 |
| b. Average monthly expenses from Line 18 above | $ | 5,692.09 |
| c. Monthly net income (a. minus b.) | $ | -3,629.09 |

# United States Bankruptcy Court
## District of Minnesota

In re    **John J. Henry, III** _____    Case No. _____

                                                 Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **33** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 18, 2008** _____        Signature    **/s/ John J. Henry, III** _____

                                                                    **John J. Henry, III**

                                                                    Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re    __John J. Henry, III__                       Case No.   _____

                                                Debtor(s)           Chapter    __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $27,000.00 | Premier Systems, Inc., 2008 YTD Wages |
| $8,629.75 | Premier Systems, Inc., 2008 YTD owner income (Net of $0.00 - exact loss to be determined at year end). |
| $31,200.00 | Premier Systems, Inc., 2007 (W-2) |
| $0.00 | Premier Systems, Inc., 2007 (Net K-1 loss of $117,233.00, shows as non-passive loss of $39,480.00 on tax return) |
| $0.00 | Classic Systems, Inc., 2007 |
| $231.00 | Northern States Finance Inc., 2007 (Net loss of $3,840.00) |
| $7,500.00 | Kirby Co., 2007 (listed as "other income" on tax return) |

| AMOUNT | SOURCE |
|---|---|
| **$31,200.00** | **Premier Systems, Inc., 2006 (W-2)** |
| **$1,117.00** | **North Central Region Promotion & Education Fund, 2006** |
| **$0.00** | **Premier Systems, Inc., 2006 (Net K-1 loss of $33,746.00, shows as non-passive loss of $0.00 on tax return)** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$70.00** | **Taxable Interest, 2007** |
| **$0.00** | **Rental Income from property in SD listed in #10 below, 2007 (Net loss of $3,783.00)** |
| **$30.00** | **Taxable Interest, 2006** |
| **$32.00** | **Ordinary Dividends, 2006** |
| **$30,000.00** | **Rental Income from property in SD listed in #10 below, 2006 (Net of $13,830.00)** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BankCherokee vs. John J. Henry, III, Case No. 27-CV-08-16358** | **Collection** | **Hennepin County District Court** | **Judgment entered October 2008** |
| **Stock Building Supply, LLC vs. Vogue Homes, Inc., Paul Vogstrom, John J. Henry, III, et al.; 27-CV-08-15775** | **Mechanics lien foreclosure** | **Hennepin County District Court** | **Commenced, no responsive pleadings or motions served** |
| **Park Avenue of Wayzata a Minnesota Corporation vs. Premier Systems, Inc., a Minnesota Corporation;** | **Contract** | **Fourth Judicial District Court, State of Minnesota, County of Hennepin** | **Settled for $2,500.00 in favor of Plaintiff.** |
| **Hines REIT Minneapolis Industrial LLC vs. Premier Systems Inc.; 27-CV-HC-07-9758** | **Eviction** | **Hennepin County District Court** | **Judgment dated 12/5/2007** |
| **Brite Lite v. John J. Henry, III, Vogue ICF Homes, Inc., Stock Building Supply, Inc., et. al.; 27-CV-08-19095** | **Mechanics Lien / Other Civil** | **Hennepin County District Court** | **Counterclaim and cross-claim filed by Stock Building Supply LLC 9/8/2008. Matter Pending.** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC 3500 W 80th St Ste 300 Bloomington, MN 55431** | **9/19/08** | **2007 Cadillac Escalade repossessed 09/2008 and auctioned 9/19/08. Short-fall assessed; see Schedule F.** |
| **United Educators CU / Lending Sol 6789 Upper Afton Rd Woodbury, MN 55125** | **9/3/2008** | **2007 Range Rover, sold at public auction 9/3/2008** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas F. Miller, P.A.**<br>**1000 Superior Blvd. #303**<br>**Wayzata, MN 55391** | **7-23-08, paid by Debtor** | **$7,500.00** |

**10. Other transfers**

None
☐
    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Three unrelated parties**<br><br>  **No Relation** | **Winter 07 - 08** | **Sold boat to multiple parties for a total of $430,000.00. Debtor paid-off boat loan of $329,995.00 with Bank of America, and put $60,000.00 towards business debts. Debtor deposited all remaining funds into his personal checking account for living expenses.** |
| **My Industries Inc**<br>**738 W 10th St**<br>**Sioux Falls, SD 57104**<br>  **no relation** | **2/28/2007** | **Real Property located at address listed above, sold for $246,590.00. Net of $58,717.83 to Debtor after mortgage pay-off and closing costs.** |
| **Mercedes Dealership**<br><br>  **no relation** | **2006** | **Traded 2005 Dodge Viper in towards purchase of 2004 Mercedes,** |
| **Crosstown Luxury Motors**<br>**7204 Washington Ave S**<br>**Eden Prairie, MN 55344**<br>  **None** | **May 2008** | **2004 Jaguar XJR traded in on Range Rover. No net credit to purchase after pay-off of Jaguar loan.** |
| **Premier Systems, Inc.**<br><br>  **Owned by Debtor** | **Numerous** | **Debtor routinely makes capital contributions to this business, and pays its expenses from his personal accounts, which are reconciled for tax purposes at the end of each year.** |

None
■
    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **Community Bank**<br>**951 Madison Ave**<br>**Mankato, MN 56001** | **Debtor only** | **Box is empty** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Premier Systems Inc**<br>**DBA Kirby Co of Hopkins**<br>**7 - 6th Ave S**<br>**Hopkins, MN 55343** | **Corporate checking account ending x3824; $3040.19** | **Community Bank Mankato.** |
| **John Henry Jr.**<br>**St. Cloud, MN** | **2007 Cadillac Escalade** | **Debtor is temporarily driving his father's vehicle and is paying certain expenses including insurance** |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **2216 Shadywood Rd**<br>**Orono, MN 55391** | **same** | **12/20/2005 - 9/15/2008** |
| **5901 South Deer Park Dr.**<br>**Sioux Falls, SD** | **same** | **1/1/2005 - 12/20/2005** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Premier Systems, Inc.** | **20-1691900** | **7 Sixth Ave S Hopkins, MN 55343** | **S-Corporation; Credit Card Processing Company** | **4-4-2005 - Present** |
| **Classic Systems, Inc.** | **41-1970654** | **719 S Front St Mankato, MN 56001** | **S-Corporation, Inactive** | **5/5/2000 - 03/2005** |
| **Northern States Finance Inc.** | **20-4630534** | **1057 Madison Ave Mankato, MN 56001** | **Foreign Corporation (home state of South Dakota).** | **9/26/2006 - Present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------|---------|--------------------|----------------------------|
| **Kirby Company of Hopkins** | **SSN** | **856 5th St S Hopkins, MN 55343** | **Assumed name for Premier Systems, Inc.** | **3/15/2006 - Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 18, 2008**        Signature   **/s/ John J. Henry, III**

                                                            **John J. Henry, III**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## District of Minnesota

In re    **John J. Henry, III** _____    Case No. _____

                                                      Debtor(s)    Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Homestead: Judgment entered for amount of loan.** | **BankCherokee** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **2006 Dodge Viper** | **Commerce Bank** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Homestead** | **Hennepin County Treasurer** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date    **November 18, 2008** _____      Signature    **/s/ John J. Henry, III** _____

                                                                 **John J. Henry, III**

                                                                  Debtor

# United States Bankruptcy Court
### District of Minnesota

In re   **John J. Henry, III**                       Case No. _____

                                     Debtor(s)          Chapter    **7**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) & § 329(a) of the Bankruptcy Code, states that:

1.    The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.    (a)    The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:    $    **299.00**

       (b)    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:    $    **7,500.00**

       (c)    Prior to filing this statement, the debtor(s) paid to the undersigned:    $    **7,500.00**

       (d)    The unpaid balance due and payable by the debtor(s) to the undersigned is:    $    **0.00**

3.    The services rendered or to be rendered include the following:
   (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
   (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
   (c) representation of the debtor(s) at the meeting of creditors;
   (d) negotiations with creditors; and
   (e) other services reasonably necessary to represent the debtor(s) in this case.

4.    The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.    The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:   **November 18, 2008**           Signed:   **/s/ Thomas F. Miller**

                                           **Thomas F. Miller 73477**

                                           Attorney for Debtor(s)
                                           **Thomas F. Miller, P.A.**
                                           **1000 Superior Blvd. #303**
                                           **Wayzata, MN 55391**
                                           **952-404-3896  Fax: 952-404-3893**

LOCAL RULE REFERENCE: 1007-1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Thomas F. Miller 73477 | X **/s/ Thomas F. Miller** | **November 18, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1000 Superior Blvd. #303
Wayzata, MN 55391
952-404-3896
thomas@millerlaw.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| John J. Henry, III | X **/s/ John J. Henry, III** | **November 18, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## District of Minnesota

In re    **John J. Henry, III**                 Case No. _____

                            Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **November 18, 2008** _____        **/s/ John J. Henry, III** _____

                                           **John J. Henry, III**

                                           Signature of Debtor

Henry, III, John -

ALLSTAR CONSTRUCTION  INC
5145 INDUSTRIAL ST
SUITE 103
MAPLE PLAIN MN 55359

AMERICAN ACCOUNTS & ADVISERS  INC
3904 CEDARVALE DRIVE
EAGAN MN 55122

BLAKE R  ANDERSON
18828 PENNINGTON AVENUE
EDEN PRAIRIE MN 55346

MARRI J  ANDERSON
18828 PENNINGTON AVENUE
EDEN PRAIRIE MN 55346

AT&T CARDMEMBER SERVICES
PO BOX 44167
JACKSONVILLE FL 32231

BANK OF AMERICA
PO BOX 17054
WILMINGTON DE 19884

BANK OF AMERICA
PO BOX 15026
WILMINGTON DE 19850-5026

BANKCHEROKEE
607 SOUTH SMITH AVENUE
SAINT PAUL MN 55107

BANKCHEROKEE
607 S SMITH AVE
SAINT PAUL MN 55107

Henry, III, John -


BOCK & BATTINA LLP
333 WASHINGTON AVE N
STE 336
MINNEAPOLIS MN 55401


BRITE-LITE ELECTRIC CO
1087 PAYNE AVENUE
SAINT PAUL MN 55101


CARTIER LIMITED
151 CHESHIRE LANE
PLYMOUTH MN 55441


CEMSTONE CONCRETE SOLUTIONS
2025 CENTRE POINT BLVD
SUTIE 300
SAINT PAUL MN 55120-1221


CEMSTONE PRODUCTS CO
2025 CENTRE POINTE BLVD
STE 300
MENDOTA HEIGHTS MN 55120


CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS MN 55440-1144


CITIZENS AUTO FINANCE
480 JEFFERSON BLVD
WARWICK RI 02886


CITIZENS AUTOMOBILE FINANCE
PO BOX 42002
PROVIDENCE RI 02940-2002


CITY OF ORONO
PO BOX 66
CRYSTAL BAY MN 55323-0066

Henry, III, John -


COMMERCE BANK
PO BOX 413658
KANSAS CITY MO 64141


COMMUNITY BANK
201 EAST MAIN
VERNON CENTER MN 56090


COMMUNITY BANK
951 MADISON AVE
MANKATO MN 56001-6141


COUNTRYWIDE HOME LOANS
450 AMERICAN ST
SIMI VALLEY CA 93065


DIRECTV
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550


DREAM THEATERS LLC
2350 DRIFTWOOD LN
MOUND MN 55364


FIRST DAKOTA TITLE
600 S MAIN AVE
STE 101
SIOUX FALLS SD 57104


FIRSTCAL INDUSTRIAL 2 ACQUISITION LLC
311 S WACHER DR STE 4000
CHICAGO IL 60606-6678


FOLEY & MANSFIELD
250 MARQUETTE AVE
STE 1200
MINNEAPOLIS MN 55401

Henry, III, John -


FOUR SEASONS INSULATION  INC
440 SHADY RIDGE ROAD NW
HUTCHINSON MN 55350


GM CARD CUSTOMER SERVICE CENTER
PO BOX 80082
SALINAS CA 93912-0082


GMAC
3500 W 80TH ST STE 300
BLOOMINGTON MN 55431


GMAC
PO BOX 380902
BLOOMINGTON MN 55438-0902


GMAC
PO BOX 901009
FORT WORTH TX 76101-2009


GUYER'S BUILDER SUPPLY  INC
13405 - 15TH AVE  N
PLYMOUTH MN 55441


HAWKINS TREE AND LANDSCAPING INC
PO BOX 290653
EDINA MN 55439


HAWKINS TREE AND LANDSCAPING INC
1776 CANTERBURY ROAD
SHAKOPEE MN 55379


HEALTHSPAN SERVICES COMPANY
2925 CHICAGO AVE
MAIL RTE 10905
MINNEAPOLIS MN 55407-1321

Henry, III, John -

HEDBERG AGGREGATES  INC
1205 NATHAN LANE
PLYMOUTH MN 55441


KYLE HEGNA
WILKERSON & HEGNA  PLLP
ONE CORPORATE CENTER III  SUITE 300
7300 METRO BOULEVARD
EDINA MN 55439-2302


HELLMUTH & JOHNSON  PLLC
10400 VIKING DRIVE  SUITE 500
EDEN PRAIRIE MN 55344


HENNEPIN COUNTY TREASURER
A-600 GOVERNMENT CENTER
300 S 6TH ST
MINNEAPOLIS MN 55487-0060


HINES REIT MINNEAPOLIS INDUSTRIAL LLC
225 S 6TH ST
STE 2590
MINNEAPOLIS MN 55402


HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197


IC COMMERCIAL SERVICES
4012 GUNN HWY
STE 250
TAMPA FL 33618


INDUSTRIAL DOOR CO   INC
360 W  COON RAPIDS BLVD
COON RAPIDS MN 55433

Henry, III, John -

INDUSTRIAL DOOR INC
380 COON RAPIDS BLVD
COON RAPIDS MN 55433

J  PERRY DESIGN  INC
803 WENCEL AVE  NE
NEW PRAGUE MN 56071

NATHAN J KROUGH ESQ
KROUGH LAW FIRM PA
1700 W HWY 36
ROSEDALE TOWERS  STE 223
ROSEVILLE MN 55113

DANA LAWSON
7722 BLUE BONNET BLVD
CHANHASSEN MN 55317

LEONARD O'BRIEN SPENCER GALE & SAYRE
100 S 5TH ST
STE 1200
MINNEAPOLIS MN 55402

LEONARD  STREET AMD DEINARD
150 SOUTH 5TH STREET  SUITE 2300
MINNEAPOLIS MN 55402

MASLON EDELMAN BORMAN & BRAND LLP
3300 WELLS FARGO CENTER
90 S 7TH ST
MINNEAPOLIS MN 55402-4140

MASSMAN GEOTHERMAL & MECHANICAL LLC
27944 - 96TH ST
ZIMMERMAN MN 55398

MINNEAPOLIS AUTO AUCTION
8001 JEFFERSON HWY
MAPLE GROVE MN 55369

Henry, III, John -


RALPH L MOORE
332 MINNESOTA ST W-1650
SAINT PAUL MN 55101


MOSS & BARNETT
4800 WELLS FARGO CENTER
90 S 7TH ST
MINNEAPOLIS MN 55402-4129


MY INDUSTRIES INC
738 W 10TH ST
SIOUX FALLS SD 57104


NCO FINANCIAL SYSTEMS INC
PO BOX 15630
DEPT 99
WILMINGTON DE 19850


NILVA & FRISCH PA
2350 7TH ST W
SAINT PAUL MN 55116-2825


MICHAEL J  ORME ESQ
ORME & ASSOCIATES LTD
4040 NICOLS RD
EAGAN MN 55122


P  T  DRYWALL  INC
1180 GARDEN COURT
ORONO MN 55364


PARK AVENUE OF WAYZATA
15210 WAYZATA BLVD
WAYZATA MN 55391


PETERSON FRAM & BERGMAN PA
55 E 5TH ST
STE 800
SAINT PAUL MN 55101

PETERSON MILLWORK  INC
1275 A COUNTY ROAD G
MILLTOWN WI 54858


PREMIER SYSTEMS INC
7 SIXTH AVE S
HOPKINS MN 55343


PYRAMID ENTERPRISES  INC
23231 LOGAN WAY
LAKEVILLE MN 55044


SAM'S CLUB
PO BOX 981064
EL PASO TX 79998-1064


SLATE CEMENT INC
26148 NEWTON CIRCLE
STE 11
ELKO MN 55020


STEIN & MOORE  P A
332 MINNESOTA ST  STE W-1650
SAINT PAUL MN 55101


STEWART  ZLIMEN & JUNGERS  LTD
SUITE 100
2277 HIGHWAY 36 WEST
ROSEVILLE MN 55113


STOCK BUILDING SUPPLY LLC
C/O CT CORPORATION SYSTEM INC
100 SOUTH FIFTH STREET
SUITE 1075
MINNEAPOLIS MN 55402


SUBURBAN FRAMING INC
13405 - 15TH AVE N
PLYMOUTH MN 55441

Henry, III, John -


SUBURBAN FRAMING  INC
2816 ASPEN LAKE DRIVE NE
BLAINE MN 55449


T  L  STEVENS WELL COMPANY  INC
6250 HIGHWAY 12
MAPLE PLAIN MN 55359


TEK MECHANICAL SERVICE  INC
220 - 5TH AVE NW
HUTCHINSON MN 55350


TRANS-ALARM INC
500 E TRAVELERS TRAIL
BURNSVILLE MN 55337-7503


UNITED EDUCATORS CU / LENDING SOL
6789 UPPER AFTON RD
WOODBURY MN 55125


UNIVERSAL / CITI
PO BOX 6241
SIOUX FALLS SD 57117


UP NORTH MECHANICAL  INC
43900 ELMCREST AVENUE
HARRIS MN 55032


US BANK / NA ND
4325 17TH AVE S
FARGO ND 58125


US BANK CARDMEMBER SERVICES
PO BOX 6336
FARGO ND 58125-6336

Henry, III, John -


ERIC VOGSTROM
8219 CLEARY CT
INVER GROVE HEIGHTS MN 55076


ERIC VOGSTROM
706 EVERGREEN KNLS
MENDOTA HEIGHTS MN 55118


PAUL VOGSTROM
60 CRABAPPLE LANE
EXCELSIOR MN 55331


VOGUE HOMES INC
2618 CASCO POINT ROAD
WAYZATA MN 55391


VOGUE HOMES  INC
4329 N  WOODGATE LANE
EAGAN MN 55122


VOGUE ICF HOMES INC
2618 CASCO RD
WAYZATA MN 55391


WAGNER  FALCONER & JUDD  LTD
1700 IDS CENTER
80 SOUTH EIGHTH ST
MINNEAPOLIS MN 55402-2113


WILKERSON & HEGNA  PLLP
ONE CORPORATE CENTER III  SUITE 300
7300 METRO BOULEVARD
EDINA MN 55439-2302


WILLIAM M  HENNESSY
WAGNER FALCONER & JUDD LTD
1700 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS MN 55402

In re    **John J. Henry, III**
_____
                  Debtor(s)

Case Number: _____
                  (If known)

> According to the calculations required by this statement:
> ☐ **The presumption arises.**
> ☒ **The presumption does not arise.**
> (Check the box as directed in Parts I, III, and VI of this statement.)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☒ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☒ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br> d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A <br><br> Debtor's <br> Income | Column B <br><br> Spouse's <br> Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $     **2,600.00** | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$   **334.63**</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$   **334.63**</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $     **0.00** | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$   **0.00**</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$   **0.00**</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $     **0.00** | $ |
| 6 | **Interest, dividends, and royalties.** | $     **0.00** | $ |
| 7 | **Pension and retirement income.** | $     **0.00** | $ |

| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that **purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $    **0.00** | $ |
|---|---|---|---|
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $   **0.00**   Spouse $ | $    **0.00** | $ |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>           Debtor      Spouse<br>a.      $      $<br>b.      $      $<br><br>Total and enter on Line 10 | $    **0.00** | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $    **2,600.00** | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $             **2,600.00** | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $    **31,200.00** |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:    **MN**    b. Enter debtor's household size:    **1** | $    **45,832.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

| | | |
|---|---|---|
| | | |

**PARTS IV, V, VI, AND VII ARE NOT REQUIRED BECAUSE DEBTS ARE PRIMARILY BUSINESS DEBTS**

**Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)**

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| | | |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

| | | |
|---|---|---|
| Total and enter on Line 17 | | $ |

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

**Part V. CALCULATION OF DEDUCTIONS FROM INCOME**

**Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)**

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| | |
|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br>$ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br>$ |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

$

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

$

| | |
|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** <br><br>$ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** <br><br>$ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** <br><br>$ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** <br><br>$ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. <br><br>$ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** <br><br>$ |

| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions** |
|---|---|
| | **Note: Do not include any expenses that you have listed in Lines 19-32** |

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance — $ <br> b. Disability Insurance — $ <br> c. Health Savings Account — $ <br><br> Total and enter on Line 34. <br><br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

| | **Subpart C: Deductions for Debt Payment** | | |
|---|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __November 18, 2008__          Signature: __/s/ John J. Henry, III__<br><br>                                                                        John J. Henry, III<br>                                                                              (Debtor) |