# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

John J. Henry, III

Debtor.

---

BKY No. 08-46020

**ORDER**

This case is before the court on the trustee's amended motion for turnover of property of the estate.

Based on the motion and the file,

IT IS ORDERED: Within 7 days from the entry of this order:

1. Kirby Company shall turn over to the trustee copies of all documents and correspondence establishing, evidencing or relating to a savings account and profit protection plan, and all activity in any such account, held for Premier Systems, Inc., or for John J. Henry, III from January 1, 2008 to date.

2. Preferred Credit, Inc., shall turn over to the trustee copies of all documents relating to or evidencing any financial relationship with Premier Systems, Inc., Northern States Finance, or John Henry III including those relating to any credit contracts and any reserves with respect to any such contracts from January 1, 2008 to date, together with copies of any and all documents evidencing any payments by PCI to Premier Systems, Inc., Northern States Finance or John Henry III from January 1, 2008 to date.

3. Northern States Finance shall turn over to the trustee copies of all documents and correspondence relating to or representing any obligations owed by Northern States Finance from January 1, 2008 to John Henry III or Premier Systems, Inc., and copies of any documents relating to or evidencing any payments made by Northern States Finance to or for the benefit of John Henry III or Premier Systems, Inc., from January 1, 2008 to date.

Dated: March 2, 2011

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/02/2011*
Lori Vosejpka, Clerk, by LMH